24-1269 SCJ

# Docket Report Results

**Report Selection Criteria**

**Case ID:** JP16-24-009378
**Docket Start Date:**
**Docket Ending Date:**

**Case Description**

**Case ID:** JP16-24-009378 - ONYINYE JASON VS GROUP BENEFITS DISABILIY CLAIMS
**Filing Date:** Monday , September 30th, 2024
**Type:** 60 - JP DEBT ACTION
**Status:** ACTIVE - ACTIVE

**Related Cases**

*No related cases were found.*

**Case Event Schedule**

*No case events were found.*

**Case Parties**

| Seq # | Assoc | Party End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | PLAINTIFF | @4012508 | **JASON, ONYINYE** |
| **Address:** | 23 VINCENT COURT<br>SMYRNA DE 19977<br>(302)465-5959 | | **Aliases:** | *none* | |
| 2 | | | DEFENDANT | @4012570 | **GROUP BENEFITS DISABILITY CLAIMS THE LINCON NATIONAL LIFE** |
| **Address:** | PO BOX 2578<br>OMAHA NE 68172 | | **Aliases:** | *none* | |

**Docket Entries**

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 30-SEP-2024 12:35 PM | DEBT | JASON, ONYINYE | |
| **Entry:** | *none.* | | |
| 30-SEP-2024 12:35 PM | CLAIM AMOUNT OVER $5000 | JASON, ONYINYE | |
| **Entry:** | *none.* | | |
| 09-OCT-2024 12:17 PM | NOTICE ISSUED SUMMONS | | |
| **Entry:** | Docket entry for the letter produced from CLALMRG on 09-OCT-2024. | | |
| 09-OCT-2024 12:18 PM | NOTICE ISSUED LARM AFFIDAVIT | GROUP BENEFITS DISABILITY CLAIMS THE LINCON NATIONAL LIFE. | |
| **Entry:** | Docket entry for the letter produced from CLALMRG on 09-OCT-2024. BLANK FORM 50 ATTACHED | | |
| 09-OCT-2024 12:20 PM | SERVICE ISSUED REGULAR MAIL | JASON, ONYINYE | |
| **Entry:** | *none.* | | |

Search Home · New Search · Report Selection · Case Description
Related Cases · Event Schedule · Case Parties · Docket Entries

© 2019 Avenu Insights & Analytics, LLC. All rights reserved. Contexte and the accompanying logos are trademarks of Avenu Insights & Analytics, LLC in the United States and/or other countries. This material contains trade secrets and other confidential information and is subject to a confidentiality agreement. The unauthorized use, reproduction, distribution, display, or disclosure of this material or the information contained herein is prohibited. User Accepts Agrees to Disclaimer. Not for official use.

EXHIBIT

A

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
# IN AND FOR KENT COUNTY
# COURT NO. 16

**COURT ADDRESS:**
**414 FEDERAL STREET ROOM 173**
**DOVER DE 19901**

**CIVIL ACTION NO: JP16-24-009378**

**ONYINYE JASON VS GROUP BENEFITS DISABILIY CLAIMS**

**SYSTEM ID: @4012570**
**GROUP BENEFITS DISABILITY CLAIMS THE LINCON NATIONAL LIFE**
**PO BOX 2578**
**OMAHA NE 68172**

## SUMMONS

**TO THE DEFENDANT(S):**
You, the defendant, are summoned to answer the Plaintiff's claims against you as stated on the attached Complaint.

Within 15 days after you receive this summons, excluding the day you receive it, you must complete and return the enclosed Answer to the complaint to the above-named Justice of the Peace Court.

Failure to file an Answer may result in a default judgment being entered against you and may result in the plaintiff attaching your wages or attaching and selling your personal property to satisfy the judgment.

**IT IS SO ORDERED** this 09th day of October, 2024.

Kristen
Court Official

**CONSTABLE NOTES:** ______________________
**SERVED ON:** ______________________ (Date & Time)
**CONSTABLE:** ______________________

- Persons with disabilities should contact the Court in writing as soon as possible, prior to trial, to request reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing as soon as possible (preferably 14 days) prior to trial so the court can have an interpreter available for your hearing.
- Use of personal electronic devices in the courthouse is allowed. All visitors will be required to turn off/silence their device when in the courtroom
- **If you are a corporation (or other artificial entity or public body):** Only an attorney or a person designated in a Form 50 may represent you in JP court. YOU MAY OBTAIN A FORM 50 application from the Court's website at https://courts.delaware.gov/jpcourt (Click on Form 50) or any JP Court civil location.
- For court appropriate attire see https://courts.delaware.gov/jpcourt/attire.aspx.

VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
# IN AND FOR KENT COUNTY
# COURT NO. 16

**COURT ADDRESS:**
**414 FEDERAL STREET ROOM 173**
**DOVER DE 19901**

**CIVIL ACTION NO: JP16-24-009378**

**ONYINYE JASON, PLAINTIFF**

**VS**

**GROUP BENEFITS DISABILITY CLAIMS THE LINCON NATIONAL LIFE, DEFENDANT**

**Plaintiff Parties:**
PLAINTIFF
SYSTEM ID: @4012508
ONYINYE JASON
23 VINCENT COURT
SMYRNA, DE 19977

**Defendant Parties:**
DEFENDANT
SYSTEM ID: @4012570
GROUP BENEFITS DISABILITY CLAIMS THE LINCON NATIONAL LIFE
PO BOX 2578
OMAHA, NE 68172

**Other Case Parties:**

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
# IN AND FOR KENT COUNTY
# COURT NO. 16

**COURT ADDRESS:**
**414 FEDERAL STREET ROOM 173**
**DOVER DE 19901**

**CIVIL ACTION NO: JP16-24-009378**

**ONYINYE JASON VS GROUP BENEFITS DISABILIY CLAIMS**

**SYSTEM ID: @4012570**
**GROUP BENEFITS DISABILITY CLAIMS THE LINCON NATIONAL LIFE**
**PO BOX 2578**
**OMAHA NE 68172**

## DEFENDANT'S ANSWER TO THE COMPLAINT

Check all that are appropriate:

A._______ I admit that I owe the debt or claim in the Complaint and DO NOT want a trial. (This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the Plaintiff. **You will be giving up your right to a trial and will not have a right to appeal your decision to admit this debt or claim.**)

B._______ I WANT A TRIAL.

C._______ **DEBT ACTIONS ONLY**: In addition to a trial, I request that the Plaintiff provide me with a more detailed statement of the claim (Bill of Particulars).

The JP Court, at its discretion, may offer alternative case resolution options by which hearings can be heard remotely, when possible. Please indicate if you have any access to the following:

_____ Internet w/camera (computer or Smartphone)
_____ Email (list email address below)

DATED: ________________________

________________________
(Signature of Defendant)

________________________
(Defendant's Address/Phone No.)

________________________
(Defendant's Email Address)

________________________
(Defendant's Attorney, if any)

________________________
(Attorney's Address/Phone No.)

________________________
(Attorney's Email Address)

**If you are a corporation (or other artificial entity or public body):**

- This Answer MUST be signed by an attorney or person designated by a Certificate of Representation (Form 50) for the corporation or entity prior to the filing of this Answer.
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50) or you may obtain a Form 50 from your nearest JP Civil Court.

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

# CERTIFICATE OF REPRESENTATION FOR AN ARTIFICIAL ENTITY OR PUBLIC BODY IN CIVIL CASES IN THE JUSTICE OF THE PEACE COURT

This certification form must be completed by an officer of the artificial entity or public body as defined by Supreme Court Rule 57, notarized and the **original** forwarded to the **Chief Magistrate, 5 East Pine Street, Georgetown, Delaware 19947, along with the $20 annual fee.** Check or money order should be made payable to the **State of Delaware. eFilers are required to submit Form 50 applications via eFiling to the Chief Magistrate's office eFiling location.**

NAME OF BUSINESS (please print):____________________ Co. ID # @________ (if previously assigned)

TYPE OF ENTITY; YOU MUST CHECK ONE OF THESE TO BE ELIGIBLE TO USE RULE 57:

☐ DE Corporation
☐ DE Association
☐ DE Public Body
☐ DE Partnership
☐ DE Estate
☐ Foreign Entity, reg. in DE
☐ DE Limited Liability Co.
☐ DE Trust
☐ DE Entity with Registered Tradename or Title

NUMBER OF UNITS OWNED OR MANAGED BY THE ENTITY

____________________
(optional)

MAILING ADDRESS

____________________
Street Address

____________________
City State Zip

____________________
Telephone Email Address

APPOINTS ____________________
NAMED REPRESENTATIVE

Agent FA No. __________ (if previously assigned)

The artificial entity or public body, through signature of an officer on this document, ratifies and confirms that the named representative is authorized to appear on its behalf in all matters before the Justice of the Peace Court, and agrees that it will be bound by the results of that representation. This certification makes the named representative of the artificial entity or public body an agent only for purposes of this representation. By filing a certification, the artificial entity or public body and its named representative are subject to the **sanctions** set forth in Justice of the Peace Court Rules for inappropriate actions.

The artificial entity/public body, through signature of an officer on this document, certifies and affirms:
(1) That the artificial entity/public body is in good standing.
(2) That the named representative has not been disbarred from, or is not currently under suspension or probation with respect to, the practice of law in any state or jurisdiction within the United States; and has not been convicted of a felony or a crime involving dishonesty or false statement in the ten (10) year period immediately prior to the appearance of the named representative in the Court; and has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; and is not an employee whose primary duty is to prosecute or defend Justice of the Peace Court civil actions; and has not had any prior authorization pursuant to this rule revoked by the Chief Magistrate.

(3)(a) That the **OFFICER** is (**CHECK ONE**):

☐ chief executive, president or chair
☐ vice-president or vice chair
☐ secretary or assistant secretary
☐ treasurer or assistant treasurer
☐ trustee of a trust
☐ executor or administrator of an estate
☐ general partner of a limited or general partnership
☐ manager or member of a limited liability company
☐ other officer who may bind the artificial entity (specify) ____________________

**EXECUTED BY:**____________________
Officer of Artificial Entity or Public Body

**NAME OF OFFICER (Printed):**____________________
SWORN TO AND SUBSCRIBED before me this __________ day of ____________________ A.D. 20____.

____________________
Notary Public

(b) That the **NAMED REPRESENTATIVE** is (**CHECK ONE**):

☐ chief executive, president or chair
☐ vice-president or vice chair
☐ secretary or assistant secretary
☐ treasurer or assistant treasurer
☐ trustee of a trust
☐ executor or administrator of an estate
☐ general partner of a limited or general partnership
☐ manager or member of a limited liability company
☐ other officer (specify) ____________________

☐ full-time employee who has experience in the operations of the artificial entity/public body and knowledge of the necessary facts and law relevant to the action before the Justice of the Peace Court

☐ Manager who is responsible for the management of the rental property at issue in the action before the Court

**EXECUTED BY:**____________________
Named Representative

SWORN TO AND SUBSCRIBED before me this __________ day of ____________________ A.D. 20____.

____________________
Notary Public

## ARTIFICIAL ENTITY AND PUBLIC BODY *PRO SE* REPRESENTATION IN CIVIL ACTIONS IN THE JUSTICE OF THE PEACE COURT

➢ **What does Supreme Court Rule 57 do?** Rule 57 allows artificial entities or public bodies to file or defend a case and to appear in Justice of the Peace Court without being represented by a duly licensed Delaware attorney. For all purposes related to that representation, the representative is given a temporary and limited right to appear in JP Court for the entity.

➢ **How do I know if I am an artificial entity or public body and can appear in the Justice of the Peace Court without an attorney under Rule 57?** Under Supreme Court Rule 57, an **artificial entity** means any **corporation** incorporated in Delaware or doing business in Delaware pursuant to the provisions of 8 *Del.C.* §371 or the exceptions thereto contained in 8 *Del. C.* §373, any **limited liability company** defined under the provisions of 6 *Del. C.* §18-101, any **partnership** or **limited partnership** as defined in 6 *Del. C.*§15-101(11) et seq., any **trust** as defined in 12 *Del. C.* §3501 et seq., any **estate** as defined in 12 *Del. C.* §1501 et seq., or other entity which has filed a certificate in the office of the Prothonotary in the County in which it does business designating a tradename or title pursuant to 6 *Del. C.* §3101. **Public body** means any regulatory, administrative, executive, or legislative body of the State or of any political subdivision of the State, including, but not limited to, any board, bureau, commission, department, division, district, agency, authority, or any municipal or county government. **IF YOUR ORGANIZATION DOES NOT FALL UNDER ONE OF THESE CATEGORIES, YOU MAY NOT TAKE ADVANTAGE OF RULE 57 PROVISIONS.** For example, if Joe Jones is a sole proprietor doing business as "Joe Jones Restaurant", Joe Jones must appear himself (or have an attorney represent him) in Justice of the Peace court cases unless he either establishes a corporation, partnership, limited liability company, and/or registers his tradename in the office of the Prothonotary at the Superior Court of the county in which his business is located, and then files a Form 50 along with the annual fee, in the Chief Magistrate's office.

➢ **How can artificial entities or public bodies take advantage of Rule 57? MOST IMPORTANTLY, J.P. CIV. FORM NO. 50 MUST BE COMPLETED, NOTARIZED AND FORWARDED TO THE CHIEF MAGISTRATE, 5 EAST PINE STREET, GEORGETOWN, DELAWARE 19947, ALONG WITH THE $20.00 ANNUAL REGISTRATION FEE. EFILERS ARE REQUIRED TO SUBMIT FORM 50 APPLICATIONS VIA EFILING TO THE CHIEF MAGISTRATE'S OFFICE EFILING LOCATION.** The certificate must be signed by an officer of the artificial entity or public body (the definition of "officer" for Rule 57 is explained below) and the representative (see below), in the presence of a notary public. A $20.00 annual registration fee must be sent with the **original** Form 50 to the Chief Magistrate's office. A check or money order must be made payable to the **State of Delaware**. Please call prior to any in-person visit to verify availability. (302-856-5871) *PLEASE BE SURE TO KEEP A COPY OF THE COMPLETED AND APPROVED FORM 50 FOR YOUR RECORDS*, and a clocked-in copy with you every time you are in Court.

➢ **Does Rule 57 allow an entity to appear without an attorney in all Delaware Courts? NO.** Provisions of Supreme Court Rule 57 only allow an artificial entity to appear without representation by an attorney in the **Justice of the Peace Court.** If a case is appealed to the Court of Common Pleas, artificial entities must be represented by an attorney in that court and other Delaware courts.

➢ **Who can sign the Form 50 certifying the named representative for the artificial entity?** The Form 50 must be signed by an **officer** of the artificial entity or public body. To sign as an **officer** under Rule 57, a person must be one of the following: the chief executive; operating, financial, legal or accounting officer of an artificial entity or public body; chair of the governing board, president, treasurer, secretary, vice-president, vice-chair, assistant secretary, assistant treasurer, superintendent, or **other person who performs a major policy making function for the artificial entity or public body**; trustee of a trust; executor or administrator of an estate; general partner of a limited or general partnership; manager or member of a limited liability company; or any other individual designated as an officer by the artificial entity or public body. By signing the form, the

officer is **certifying under oath** that the named representative has not been disbarred from, or is not currently under suspension or probation with respect to the practice of law in any State or jurisdiction within the United States; has not been convicted of a felony or crime involving dishonesty or false statement in the ten year period prior to the appearance of the representative_in the Court; has not been determined to have engaged in the unauthorized practice of law in this or any other jurisdiction; has not had any prior certification revoked by the Chief Magistrate; and that it is not an employee's primary duty to prosecute or defend Justice of the Peace Court civil actions. **The officer who signed the form has the continuing responsibility to notify the Chief Magistrate's office and the Justice of the Peace Court in which the artificial entity or public body has a case pending of any material change in circumstances affecting the certificate.** This notification must occur within a reasonable time and at least one week prior to any appearance in a Justice of the Peace Court of the officer or employee involved.

➢ **Who can serve as a representative for an artificial entity or public body?** An **officer** as defined in Rule 57 may serve as a **representative** of an artificial entity or public body. In addition, a full-time **employee** who has experience in the operations of the artificial entity or public body and has knowledge of the necessary facts and law relevant to the case before the Justice of the Peace Court, a uniformed officer bringing action on behalf of a public entity to recover a civil penalty pursuant to 21 *Del. C.* §4101, §4802, or any subsequent civil penalty enacted by the legislature over which the Justice of the Peace Court is granted jurisdiction, or a manager who is responsible for the management of the property at issue in a case before the JP Court may also represent the entity or public body. **A separate form must be filed for each representative.**

➢ **How often does the Form 50 certificate need to be filed? Form 50 certificates must be renewed annually by filing a new Form 50, along with the $20.00 fee, with the Chief Magistrate's office on or before January 15th of each year.** To be considered a renewal for the next year, the new Form 50 cannot be filed with the Chief Magistrate's office before December 15th (one month prior to the January 15th date). Certifications accepted on or after December 15th of each year are valid for the remainder of the certification term and also serve as renewal for the one-year period following January 14th, unless terminated or revoked. The Chief Magistrate may **revoke** a certification at the Chief Magistrate's discretion, upon review of a certificate or upon recommendation of a Justice of the Peace. ***The ability of a non-lawyer to represent an artificial entity or public body in the Justice of the Peace Court is a privilege, not a right.*** Certificates containing false or fraudulent information shall be forwarded by the Chief Magistrate to the Department of Justice for prosecution or other action and to the Board on the Unauthorized Practice of Law, and representatives and officers signing the Form 50 may be sanctioned under J.P. Rules for inappropriate actions.

➢ **What should an artificial entity do if the named representative leaves?** When an officer or employee who has been certified to represent an artificial entity or public body leaves the employ of that entity, the entity must notify the Justice of the Peace Court location in which an action is pending and the Chief Magistrate's office **in writing immediately upon the termination of the officer or employee.**

➢ **Where can I obtain information on becoming an eFiler?** Information on becoming an eFiler in the Justice of the Peace Court can be found at https://courts.delaware.gov/efiling/.

THE FORM 50 AGENT MUST SUBMIT THE APPROVED FORM 50 WITH ALL FILINGS AND BRING A COPY OF THE APPROVED FORM 50 TO EVERY COURT APPEARANCE.

JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR Kent COUNTY
COURT NO 16

JPK6372113

COURT ADDRESS
414 Federal St. Rm. 173 Dover, DE 19901

CIVIL ACTION NO. JP16 24 009378

Please list plaintiffs and defendants. Add additional party names and addresses on form CF01AP.

| PLAINTIFF(S) | | VS. DEFENDANT(S) | |
|---|---|---|---|
| 1) Name | Onyinye Jason | 1) Name | Group Benefits Disability Claims |
| Address ☐ Address has changed | 23 Vincent Court, Smyrna DE 19977 | Address ☐ Address has changed | The Lincoln National Life Insurance Company P.O. Box 2578, Omaha, NE 68172-968 |
| System ID# | | System ID# | |
| Phone | 3024655959 | Phone | |
| Email Address | onyinye.jason@yahoo.com | Email Address | |
| **PLAINTIFF(S)** 2) Name | | **DEFENDANT(S)** 2) Name | |
| Address ☐ Address has changed | | Address ☐ Address has changed | |
| System ID# | | System ID# | |
| Phone | | Phone | |
| Email Address | | Email Address | |
| **Plaintiff's Attorney or Agent, if any:** | | **Defendant's Attorney or Agent, if any:** | |
| Address | | Address | |
| System ID# (bar#) | | System ID# (bar#) | |
| Phone | | Phone | |
| Email address | | Email Address | |

Check One
☐ Individual
☐ Corporation or other Artificial entity (see Supreme Court Rule 57)

Check One
☐ Individual
☐ Corporation or other Artificial entity (see Supreme Court Rule 57)
Alternate Address ☐ Physical ☐ Mailing ☐ Rental

**Type of Service:** (Check One) ☒ Court Service ☐ Special Process Server

**Type of Action:** (Check One) ☒ Debt ☐ Replevin ☐ Trespass ☐ Summary Possession (LLT) - Specify ☐ Commercial Unit ☐ Residential Unit ☐ Deficiency Judgment

COMPLAINT

1. Concise Statement of Facts: (Who, What, When, Where, How?) I Onyinye Jason, went on leave August, 2023 due to ~~health~~ health problems and stress. I applied for FMLA and short term disability. I am entitled to 70% of my base salary. Lincoln Financial has not paid me. Plaintiff is seeking her payment, court costs and compensation.

2. Relief Sought:

$ 11,662 Amount of money claimed. (Not including interest)
$ ______ Pre Judgment Interest at ______ % legal rate OR ______ % contractual rate
$ ______ Post Judgment Interest at ______ % legal rate OR ______ % contractual rate
$ ______ Court Costs.
$ ______ Other
☐ Possession
☐ Return of personal property OR $ ______ Total value (Attach list of property stating description, number and value of items on 8 ½" x 11" paper

Jury Trial Demanded (Possession only) ☐ Yes ☐ No

TO: THE JUSTICE OF THE PEACE COURT
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding: or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process.

9/30/2024
Date

[signature]
Plaintiff or Plaintiff's Attorney

COMMENCEMENT OF ACTION; SERVICE OF PROCESS; PLEADINGS; MOTIONS AND ORDERS. Rule 3. Commencement of action.
a) Commencement. A civil action is commenced by filing a complaint and praecipe with the Court in such form as the Court prescribes. Sufficient copies of the complaint shall be filed so that one copy can be served on each defendant. When an action is governed by a special statute, it shall be commenced in the manner prescribed by such statute.

VIEW YOUR CASE ONLINE