Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 28, 2023

Ms. Onyinye Jason
23 VINCENT COURT
SMYRNA, DE 19977

RE: Short Term Disability (STD) Benefits
Centene Management Company
Claim #: 14646211

Dear Ms. Onyinye Jason:

On behalf of the Plan sponsor, Centene Management Company, we reviewed your appeal request for Short Term Disability ("STD") benefits and maintained the decision to deny benefits as of August 25, 2023.

**Initial Claim Decision**

You submitted a claim for your absence from work as of August 25, 2023, as a result of stress. Your benefits were due to begin on September 1, 2023 after the Plan's elimination period was completed.

At that time, your file contained the following information:

- Progress notes dated July 25, 2023, August 22, 2023, August 31, 2023, and September 19, 2023 from Lealar Weldon, MA, LPC.
- An Attending Physician's Statement dated August 31, 2023 from Lealar Weldon, MA, LPC.
- A Treating Provider Statement/Restrictions Form dated September 27, 2023 from Lealar Weldon, MA, LPC.
- A letter dated October 4, 2023 from Lealar Weldon, MA, LPC.

Your claim was reviewed by a behavioral health consultant. A review of all records did indicate frequent symptoms with some abnormal mental status exam findings that your impacted mood. However, the records provided limited behavioral health details related to how your symptoms impacted your daily functioning. Though high family relationship and work stress was noted to impact you and were difficult to manage, this did not necessarily provide evidence of global functional impairment. Though Lealar Weldon, MA, LPC stated an increase of office visits could not occur due to insurance reasons, there was no escalation of care pursued (such as addition of employee assistance program therapy, follow-through with a primary care physician referral, addition of medications, or an intensive outpatient program or partial hospitalization program), which would not be expected with severe psychiatric symptoms that preclude one from working.



EXHIBIT
C

Lealar Weldon, MA, LPC stated you were out of work due to symptoms and also to manage personal stressors without severe psychiatric symptoms, the records were still unclear if you were out of work for management of personal life stressors or due to symptom severity/global impairments. Due to these reasons, restrictions and limitations were not supported.

Your claim was denied because you did not meet the definition of disability.

The basis for the decision was outlined in a letter dated October 10, 2023. You were provided an opportunity to request an appeal review of the denial, stating the reasons why you felt that your claim should not have been denied, and submit additional information to support your claim. Specifically, you were advised to submit the following information:

*Office visit notes, diagnostic test results, x-ray reports, MRI reports, CT scan reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, hospital records, evaluations and progress notes from all treating providers.*

**Appeal**

You provided a letter of appeal dated October 23, 2023.

In support of your claim, you submitted the following information:

- Progress notes dated August 14, 2023 and October 5, 2023 from Dr. Islam Aljunaidi.
- Lab results dated August 15, 2023 from Delaware Medical Care.
- A list of medications.

**Appeal Evaluation**

In order to ensure a thorough review of your appeal, your claim was reviewed by a behavioral health consultant.

You were seen with Lealar Weldon, MA, LPC (therapist) for adjustment disorder with anxiety and depression. Treatment notes from July 25, 2023 through September 19, 2023 included intake information regarding multiple psychosocial stressors related to family/marital discord, work, and your physical health. You reported symptoms of increased overall stress, anxiety, irritability, and a sad mood.

You were seen for an initial visit by Dr. Islam Aljunaidi, (primary care) on August 14, 2023, and you reported anxiety, headaches, fatigue, and stress related to health and life changes.

You followed up with Lealar Weldon, MA, LPC on August 22, 2023, August 31, 2023, and September 19, 2023; however, these records included no clinical information or exam findings. Lealar Weldon, MA, LPC reported that you were also seen on September 27, 2023, and you had another scheduled appointment on October 4, 2023, though no records for these dates had been provided for review.

An Attending Physician's Statement dated August 31, 2023 from Lealar Weldon, MA, LPC noted an estimated return to work date of October 31, 2023.

A letter dated October 4, 2023 from Lealar Weldon, MA, LPC reported that you had a sad/depressed mood, constricted affect, and concerns of psychosocial stressors that negatively impacted your ability to work. Financial barriers were noted regarding limited treatment frequency. There was no indication of referral for increased intensity of treatment for therapy. You were recommended to reduce stressors to allow for increased effectiveness of trauma-focused therapy to address work-related triggers.

On October 5, 2023, you were seen with Dr. Aljunaidi for diagnoses of generalized anxiety disorder, depression, and insomnia was added, as well as reported symptoms of ongoing fatigue and stress. You reported memory problems, though no details were stated. A medication was prescribed on September 15, 2023 for high blood pressure, and Cymbalta (anxiety/depression) and Xanax (anxiety) were prescribed on October 5, 2023. Your exam findings were noted as normal/unremarkable. Follow-up was recommended in one month (approximately November 5, 2023).

Following a review of the available records, the reviewing behavioral health consultant concluded that there was insufficient evidence to support the presence of sustained psychiatric impairment that resulted from uncontrolled psychiatric conditions from August 25, 2023 ongoing. While subjective symptoms were reported, there was limited clinical information to provide details of specific functional impairment, aside from the recommendation to reduce stress while engaging in trauma-focused therapy. The therapy records reflected two dates of therapy treatment that occurred after you separated from work; no records for treatment beyond September 19, 2023 were provided. The noted symptoms and concerns were primarily related to the workplace and additional situational stressors. Considering that medications were prescribed for anxiety and depressed mood, such information alone does not establish the presence of significant psychiatric impairment, and it must be noted that there was no evidence of ongoing engagement in therapy or follow-up with primary care as recommended.

On December 4, 2023, we emailed you a letter which included a copy of the clinical review performed in connection with your request for reconsideration. You were given an opportunity to review and respond with any additional information that you would like considered before a final determination was made on your appeal. We asked that you provide your response by December 25, 2023, to date we have not received any additional documentation for your short-term disability appeal, nor have we heard from you to indicate otherwise.

**Conclusion**

We conducted a thorough and independent review of your entire claim. In summary, we acknowledge that you may have experienced some symptoms associated with your condition. However, the information does not contain mental status or physical exam findings, diagnostic test results, or other forms of medical documentation to verify that your impairments and symptoms were of such severity, frequency and duration that they rendered you continually unable to perform the material and substantial duties of your job as a care manager I as of August 25, 2023.

Having carefully considered all of the information submitted in support of your claim, our position remains that proof of your disability in accordance with the Plan provisions as of August 25, 2023 has not been provided. Therefore, no benefits are payable.

This claim decision reflects an evaluation of the claim facts and Plan provisions.

**Plan Provisions**

To be eligible to receive benefits, you must satisfy the requirements of all Plan provisions that state, in part:

> *"**Disability**" or "**Disabled**" means the Employee, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.*
>
> *"**Material and Substantial Duties**" means responsibilities that are normally required to perform the Employee's Own Job and cannot be reasonably eliminated or modified.*
>
> *"**Own Job**" means the Employee's job that he was performing when his Disability or Partial Disability began.*
>
> *"**Proof**" means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*
>
> > *1. a claim form completed and signed (or otherwise formally submitted) by the Employee claiming benefits;*
> >
> > *2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Employee's attending Physician; and*
> >
> > *3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*
> >
> > *Proof must be submitted in a satisfactory form or format.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by The Lincoln National Life Insurance Company, and to submit any additional information you wished to be considered as part of the appeal. The Lincoln National Life Insurance Company has conducted a full and fair review of your appeal and accompanying materials and has concluded that the denial of benefits as of August 25, 2023 will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by The Lincoln National Life Insurance Company and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under

applicable law.

Centene Management Company's Short-Term Disability Plan states:

***Legal Proceedings***

*A claimant or the claimant's authorized representative cannot start any legal action:*

*1. until 60 days after Proof of claim has been given; or*

*2. more than one year after the time Proof of claim is required.*

Your employer's plan has a contractual limitations period of one year, which means that a lawsuit must be brought within one year after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is October 1, 2024.

Nothing in this letter should be construed as a waiver of any Lincoln National Life Insurance Company rights and defenses under the above captioned Plan, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by The Lincoln National Life Insurance Company are based on the provisions outlined in Centene Management Company's Short-Term Disability Plan. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.