24-1269 SCS

FILED
NOV 19 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ONYINYE JASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. ________________ |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for admission *pro hac vice* to represent Defendant The Lincoln National Life Insurance Company in this matter. The undersigned will associate with local counsel within 30 days of the date of this filing, pursuant to Local Rule 83.5(e).

Dated: November 19, 2024

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers

Iwana Rademaekers, Esq.
State Bar of Texas No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

2024 NOV 19 PM 3:22

**ORDER GRANTING MOTON**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: ________________

______________________________
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Texas State Bar. I am also admitted to practice and am in good standing in all Texas State Courts, Supreme Court of Texas, U.S. District Courts for the Eastern, Western. Southern, and Northern Districts of Texas, U.S. District Courts for the Eastern/Western Districts of Arkansas, U.S. District Court for the District of Colorado, U.S. District Court for the Northern District of Illinois, U.S. District Courts for the Eastern and Western Districts of Michigan, U.S. District Court for the Eastern District of Missouri, U.S. District Court for the District of New Mexico, U.S. District Court for the District of North Dakota, U.S. District Courts for the Eastern and Western Districts of Oklahoma, U.S. District Courts for the Eastern and Western Districts of Tennessee, U.S. District Courts for the Eastern and Western Districts of Wisconsin, U.S. Courts of Appeals for the Fourth, Fifth, Eighth, Ninth, Tenth, and Eleventh Circuits. Pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 19, 2024

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

Iwana Rademaekers, Esq.
State Bar of Texas No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
Email: iwana@rademaekerslaw.com