**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ONYINYE JASON,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | ) | C.A. No. 24-1269-UNA |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Jennifer C. Jauffret (#3689) and Jessica E. Blau (#7163) of Richards, Layton and Finger, P.A. enter their appearance as counsel on behalf of Defendant The Lincoln National Life Insurance Company ("Lincoln") in the above-captioned matter.


*/s/ Jessica E. Blau*
Jennifer C. Jauffret (#3689)
Jessica E. Blau (#7163)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
jauffret@rlf.com
blau@rlf.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*


Dated: November 22, 2024

## CERTIFICATE OF SERVICE

I, Jessica E. Blau, hereby certify that on November 22, 2024, I caused a true and correct copy of this *Entry of Appearance* to be served on the following in the manner indicated:

**VIA EMAIL AND FIRST CLASS MAIL**

Onyinye Jason
23 Vincent Court
Smyrna, DE 19977
Onyinye.jason@yahoo.com

/s/ *Jessica E. Blau*
Jessica E. Blau (#7163)