**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ONYINYE JASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 24-1269-UNA |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S MOTION TO DISMISS**

Defendant The Lincoln National Life Insurance Company ("Lincoln") through its undersigned counsel, hereby moves this Court to dismiss Plaintiff Onyinye Jason's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Specifically, Lincoln seeks dismissal of the Complaint because it asserts only state law causes of action against Lincoln that are preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq., as amended ("ERISA").

For the reasons and authorities discussed in the accompanying brief in support of this motion, Lincoln respectfully requests that the Court dismiss Plaintiff's Complaint against it with prejudice, award Lincoln its attorneys' fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g); and grant Lincoln any other relief to which it shows itself justly entitled.[1]

[1] Lincoln does not oppose the Court allowing Plaintiff to amend her Complaint to plead a claim for recovery of benefits under ERISA, 29 U.S.C. § 1132(a)(1)(B).

Of Counsel:

Iwana Rademaekers, Esq
*Motion Pro Hac Vice Forthcoming*
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
(214) 579-9319
iwana@rademaekerslaw.com

Dated: November 26, 2024

*/s/ Jennifer C. Jauffret*
Jennifer C. Jauffret (#3689)
Jessica E. Blau (#7163)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
jauffret@rlf.com
blau@rlf.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*