**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ONYINYE JASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 24-1269-UNA |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER**

AND NOW, this ___ day of __________, 2024, upon consideration of Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and the brief in support thereof, as well as the submissions of Plaintiff in response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and Plaintiff's Complaint is dismissed with prejudice.

____________________________________

HONORABLE DISTRICT COURT JUDGE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE