**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ONYINYE JASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 24-1269-UNA |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF JESSICA E. BLAU**
**IN SUPPORT OF DEFENDANT'S OPENING BRIEF IN SUPPORT OF ITS**
**<u>MOTION TO DISMISS</u>**

Jessica E. Blau, being duly sworn, deposes and says:

1. My name is Jessica E. Blau. I am an attorney at law of the State of Delaware with the law firm of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801. I am counsel for Defendant The Lincoln National Life Insurance Company ("Lincoln") in the above captioned action. I submit this Declaration in support of Defendants' Opening Brief in Support of its Motion to Dismiss.

2. Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of Centene Management Company, LLC's ("Centene") Short Term Disability Plan Document.

3. Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of Plaintiff's claim for benefits from the Short Term Disability Plan ("STD Plan").

4. Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of Lincoln's letter to Plaintiff, dated October 10, 2023, stating that Plaintiff's claims for benefits from the STD Plan was denied.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2024.

*/s/ Jessica E. Blau*
Jessica E. Blau (#7163)