**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ONYINYE JASON,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 24-1269-UNA |

## CERTIFICATE OF SERVICE

I certify that this, *Defendant's Motion to Dismiss and the Declaration of Jessica E. Blau in Support of Defendant's Opening Brief in Support of its Motion to Dismiss*, was forwarded to the following party via email and First-Class Mail, delivery confirmation requested, on the 26th day of November 2024, as follows:

Plaintiff, Pro Se:
Onyinye Jason
23 Vincent Court
Smyrna DE 19977
Onyinye.jason@yahoo.com

Of Counsel:

Iwana Rademaekers, Esq
*Motion Pro Hac Vice Forthcoming*
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
(214) 579-9319
iwana@rademaekerslaw.com

Dated: November 27, 2024

*/s/ Jennifer C. Jauffret*
Jennifer C. Jauffret (#3689)
Jessica E. Blau (#7163)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
jauffret@rlf.com
blau@rlf.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*