**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ONYINYE JASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 24-1269-UNA |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Plaintiff Onyinye Jason and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 11th day of December 2024.

Of Counsel:

Iwana Rademaekers, Esq
*Motion Pro Hac Vice Forthcoming*
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
(214) 579-9319
iwana@rademaekerslaw.com

*<u>/s/ Jennifer C. Jauffret</u>*
Jennifer C. Jauffret (#3689)
Jessica E. Blau (#7163)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
jauffret@rlf.com
blau@rlf.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*

**- AND -**

By: Jason 12/8/24

**ONYINYE JASON, pro se**
23 Vincent Court
Smyrna DE 19977
Onyinye.jason@yahoo.com

## CERTIFICATE OF SERVICE

I certify that this, *Joint Notice of Settlement* was forwarded to the following party via email on the 11th day of December 2024, as follows:

Plaintiff, Pro Se:
Onyinye Jason
Email: Onyinye.jason@yahoo.com

*/s/ Jennifer C. Jauffret*
Jennifer C. Jauffret (#3689)