**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ONYINYE JASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 24-1269-GBW |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Onyinye Jason and Defendant The Lincoln National Life Insurance Company pursuant to Fed. R. Civ. P. 41(a), that the above-captioned action is hereby dismissed with prejudice, with each side to bear its own fees and costs.

/s/*Onyinye Jason* (see signature page attached)
Onyinye Jason, *pro se*
23 Vincent Court
Smyrna DE 19977
Onyinye.jason@yahoo.com

/s/ *Jennifer C. Jauffret*
Jennifer C. Jauffret (#3689)
Jessica E. Blau (#7163)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
jauffret@rlf.com
blau@rlf.com

Of Counsel:

Iwana Rademaekers, Esq
*Motion Pro Hac Vice Forthcoming*
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
(214) 579-9319
iwana@rademaekerslaw.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*

Dated: December 23, 2024

**IT IS SO ORDERED** this 31st day of December 2024.

The Honorable Gregory B. Williams
United States District Judge